UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Plaintiff,

      - against -            <u>SUPPLEMENTAL</u>
                                 <u>PROTECTIVE ORDER</u>

OLYMPIA MORTGAGE CORPORATION, et al.,    CV 2004-4971 (NG)(MDG)

        Defendants.

- - - - - - - - - - - - - - - - - - X

    This Court having reviewed the "Stipulated Protective Order" signed by the parties and submitted at a conference held on September 12, 2006, which will be separately filed, and finding good cause for a protective order, the terms of the Stipulated Protective Order are supplemented by and subject to the following:

    1.  The parties must use best efforts to minimize the need to file documents under seal. Prior to filing any document or other material containing "Designated Discovery Material," each party must determine whether the material that is "confidential" contained therein can simply be redacted and whether a stipulation of certain facts may eliminate the need for submitting the confidential information.

    2.  If the Designated Discovery Material contained in a document is relevant to an issue to be addressed in papers filed with the Court, then the parties may file the submission under

seal pursuant to the terms of the stipulation and in accordance with procedures established by the Clerk's Office. The parties must use best efforts to minimize the number of pages filed under seal. If a submission is lengthy but the Designated Discovery Material comprises a small portion of the submission, only the pages or sections containing Designated Discovery Material should be filed under seal and the remainder of the submission filed unsealed. Any sealing envelope should clearly describe the document containing the pages to be sealed and identify the document number on the docket sheet for the filed document. Each envelope submitted for sealing may contain only one document or portions of one filing (such as redacted pages from multiple exhibits annexed to a document filed).

3. A party submitting a document for filing under seal shall provide the Court with a complete un-redacted copy of the submission. The first page of the submission must indicate what portions have been redacted and filed under seal and the top of every page or section containing Designated Discovery Material shall bear the notation "This page filed under seal."

**SO ORDERED.**

Dated: Brooklyn, New York
September 13, 2006

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE