```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                Plaintiff,
                                              ORDER

        - against -                 CV 2004-4971 (NG)(MDG)

OLYMPIA MORTGAGE CORPORATION, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - X
```

At a conference on September 12, 2006, Jonathan Stein, Esq. orally moved to withdraw as counsel for defendants SAMUEL PINTER, FAGIE PINTER, 1716 REALTY CORPORATION and KAHAL SHOMREI HADATH. He had previously advised the Court in a letter dated July 3, 2006 that he intended to move to withdraw (ct. doc. 240), a letter which apparently was e-mailed to Samuel Pinter. Voicing dissatisfaction over Mr. Stein's performance, Samuel Pinter stated at the conference that he did not oppose the motion and represented that he is an officer authorized to act on behalf of 1716 Realty Corporation and Kahal Shomrei Hadath. Thus, Mr. Stein's motion to withdraw is granted as to SAMUEL PINTER, 1716 REALTY CORPORATION and KAHAL SHOMREI HADATH. Until such time as counsel appears on behalf of these defendants, service of papers by mail at the address below shall be deemed sufficient service.

However, as noted on the record, there is no evidence before this Court that Fagie Pinter has received notice of Mr. Stein's

intention to withdraw, let alone any formal motion papers. The motion to withdraw is therefore denied as to defendant Fagie Pinter. **Mr. Stein is advised that he also remains counsel of record for 6401 Bingle Corporation, Basi Nierenberg, Charles Pinter, David Pinter, Hadassah Pinter, Moishe M. Pinter, Sarah Pinter, S&F Ocean Realty, Sam Pinter & Associates and Z&S Realty.**

As previously warned at the conference, **defendants 1716 REALTY CORPORATION and KAHAL SHOMREI HADATH are advised that corporations may appear in federal court proceedings only through counsel. If either corporation fails to obtain counsel by October 13, 2006, the Court may enter default against the unrepresented corporation.**

Since Samuel Pinter has agreed to appear for a deposition without counsel and to meet discovery obligations, he is directed to respond to outstanding discovery requests by October 8, 2006 and to appear for a deposition by October 17, 2006.

SO ORDERED.

Dated:  Brooklyn, New York
        September 14, 2006

                                        /s/
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

SAMUEL PINTER
1716 REALTY CORPORATION
KAHAL SHOMREI HADATH
1716 Coney Island Avenue
Brooklyn, NY 11230