UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X   04 CV 4971 (NG) (MDG)
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Plaintiff,

  -against-

OLYMPIA MORTGAGE CORPORATION; LIEB
PINTER; SHAINDY PINTER; BARRY GOLDSTEIN;
MIRIAM GOLDSTEIN; SAMUEL PINTER; FAGIE
PINTER; ABE DONNER; ZESHA AUERBACH;
ALAN J. BRAUN; ALAN J. BRAUN & COMPANY;
MARCUS PINTER; MIDWOOD FEDERAL CREDIT
UNION; 1716 REALTY CORPORATION; KAHAL
SHOMREI HADATH; and DOE COMPANIES,

        Defendants.
----------------------------------------------------------------------X   <u>ORDER</u>
OLYMPIA MORTGAGE CORPORATION,

        Crossclaim Plaintiff,

  -against-

LEIB PINTER; SHAINDY PINTER; BARRY
GOLDSTEIN; MIRIAM GOLDSTEIN; SAMUEL
PINTER; FAGIE PINTER; ABE DONNER; ZESHA
AUERBACH; ALAN BRAUN; ALAN J. BRAUN &
COMPANY; MARCUS PINTER; KAHAL SHOMREI
HADATH; PATTY TRINDAD; BARRING SHIELDS
& COMPANY, LLC; JASMINE LAKES PROPERTIES
CORPORATION; S&F OCEAN REALTY; 6401 BINGLE
CORPORATION; SAM PINTER & ASSOCIATES; Z&S
REALTY; P&G REALTY ASSOCIATES LLC; CHARLES
PINTER; MOISHE M. PINTER; BASI NIERENBERG;
DAVID PINTER; SARAH PINTER; SAMSON PINTER;
TOVA TAUB; CHAIM TAUB; ZVI PINTER; MALKE
PINTER; MOISHE PINTER; ESTHER PINTER; YOSSIE
PINTER; HADASSAH PINTER; PEARL PINTER;
ABRAHAM PINTER; SHOSHANNA KIRSHENBAUM;
DAVID KIRSHENBAUM; RACHAEL STEIN; PERETZ
STEIN; GILLIAN SAX; NACHEMADONNER;
PERRY LERNER; SARAH DONNER; NAFTALI
DONNER; CHAIM DONNER; and DOE COMPANIES,

        Crossclaim Defendants.
----------------------------------------------------------------------X

**GERSHON, United States District Judge:**

In connection with Alston & Bird LLP's motion to withdraw as counsel for the Receiver and Olympia Mortgage Corporation,[1] plaintiff requested that any attorney seeking payment for services or costs from the Receivership be required to obtain judicial approval. The Receiver is hereby ordered to refrain from paying any attorney's fees or costs unless such fees or costs have been approved by this court.

                                            **SO ORDERED.**

                                            /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

**Dated: Brooklyn, New York**
      September 28, 2006

---

[1] The motion was dismissed as moot by Magistrate Judge Go on September 13, 2006 after the Receiver's request to substitute Eric Joseph Grannis, Esq. for Alston & Bird LLP as counsel of record was granted by the court.