UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   04 CV 4971 (NG) (MDG)
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                      **Plaintiff,**

     -against-                                  **ORDER**

OLYMPIA MORTGAGE CORPORATION,
et al.,

                      **Defendants.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      Defendant Samuel Pinter appeals from discovery rulings made by Magistrate Judge Go. Since Pinter fails to identify any rulings that are clearly erroneous or contrary to law, his appeal is denied and Judge Go's orders are affirmed.

                                                                          **SO ORDERED.**

                                                           /s/
                                                   **NINA GERSHON
United States District Judge**

Dated:  September 17, 2007
          Brooklyn, New York