UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                            Plaintiff,

    - against -

OLYMPIA MORTGAGE CORPORATION,
et al.,

                            Defendants.
-------------------------------------------------------------x

**ORDER**
04-CV-4971 (NG)(MDG)

**GERSHON, United States District Judge:**

        The court is in receipt of defendant Samuel Pinter's letter of November 1, 2010, seeking reconsideration and reargument of plaintiff's motion for summary judgment, which the Court granted, and for a stay of the proceedings against him.

        Local Civil Rule 6.3 states, in pertinent part, that, "a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the court's determination of the original motion ...."  The summary judgment motion against Mr. Pinter was decided on July 8, 2010, and the instant letter was filed over four months later.  In addition, Mr. Pinter's letter merely rehashes arguments that he made in his opposition to the plaintiff's summary judgment motion and does not "demonstrate that the Court overlooked controlling decisions or factual matters that were put before it on the underlying motion ... and which, had they been considered, might have reasonably altered the result before the Court." *Herschaft v. New York City Campaign Finance Board*, 139 F.Supp.2d 282, 284 (E.D.N.Y. 2001).

        The letter is untimely and the brief does not meet the standards for reconsideration or

reargument. Mr. Pinter's requests are denied.

**SO ORDERED.**

                                      **/s/ Nina Gershon (electronically signed)**
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
       November 3, 2010