UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                Plaintiff,

- against -

OLYMPIA MORTGAGE CORPORATION,
et al.,

                Defendants.
------------------------------------------------------------x
OLYMPIA MORTGAGE CORPORATION,
et al.,

                Crossclaim Plaintiff,

- against -

Leib Pinter, et al.,

                Crossclaim Defendants.
------------------------------------------------------------x

ORDER
04-CV-4971 (NG)(MDG)

GERSHON, United States District Judge:

For the reasons stated on the record, Shaindy Pinter's motion for summary judgment on Olympia's New York Debtor and Creditor Law § 273 crossclaims against her is granted in part and denied in part. Shaindy Pinter is awarded summary judgment, on statute of limitations grounds, dismissing Olympia's crossclaims under New York Debtor and Creditor Law § 273 on the $548,000 of loans which Olympia paid Midwood on January 12, 1995 and May 1, 1999, in satisfaction of the loans taken out in Shaindy Pinter's name; and on mortgage payments Olympia made on Shaindy Pinter's home prior to September 26, 1999. Olympia may pursue its crossclaims against Shaindy Pinter under New York Debtor and Creditor Law § 273 for the long term care insurance premiums and for mortgage payments Olympia made on Shaindy Pinter's

-2-

home on or after September 26, 1999.

All of Olympia's crossclaims pursuant to New York Debtor and Creditor Law § 276, as explained on the record, are timely filed. And, for the reasons stated on the record, Shaindy Pinter's motion for summary judgment on Olympia's crossclaims pursuant to New York Debtor and Creditor Law § 276 is denied.

On consent, Olympia's first, sixth, eighth and tenth crossclaims are dismissed against Shaindy Pinter.

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
June 22, 2011