UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                                    Plaintiff,<br><br> - against -<br><br>OLYMPIA MORTGAGE CORPORATION, et al.<br><br>                                    Defendants. | Index No. 04-CV-4971 (NG) (MDG) |
| OLYMPIA MORTGAGE CORPORATION,<br><br>                                    Cross-Claim Plaintiff,<br><br> - against -<br><br>LEIB PINTER, et al.<br><br>                                    Cross-Claim Defendants. | <u>NOTICE OF MOTION BY OLYMPIA FOR PARTIAL SUMMARY JUDGMENT AGAINST ABE DONNER</u> |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Eric J. Grannis, Esq., dated April 5, 2011, and the exhibits attached thereto, the accompanying Declaration of Karen Kincaid Balmer, dated April 5, 2011, and the exhibits attached thereto, Olympia's Memorandum of Law in Support of Its Motion for Partial Summary Judgment against Abe Donner, Olympia's Statement of Undisputed Facts, and all prior proceedings had herein, Defendant and Cross-Claim Plaintiff Olympia Mortgage Corporation, through counsel, will move this Court, pursuant to Fed. R. Civ. P. 56, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an order granting partial summary judgment against Abe Donner on the following causes of action: Breach of Fiduciary Duty, Violation of New York Debtor and Creditor Law § 276, Violation of New York Debtor and Creditor Law § 273, Conversion, and Liability for the Acts of Olympia

Resulting from Piercing of the Corporate Veil, along with such further and other relief as the Court deems just and proper.

Dated: New York, New York
April 5, 2011

LAW OFFICES OF ERIC J. GRANNIS

By: *Eric Grannis*
Eric J. Grannis
620 Fifth Avenue
New York, New York 10020
(212) 903-1025
Attorneys for Cross-Claim Plaintiff