# LAW OFFICES OF ERIC J. GRANNIS

Rockefeller Center • 620 Fifth Avenue • New York, New York 10020
Phone: (212) 903-1025 • Fax: (212) 208-4597 • www.grannislaw.com

---

**Eric J. Grannis**
Phone: (212) 903-1025
Fax: (212) 208-4597
egrannis@grannislaw.com

October 24, 2011

FILED BY ECF
COURTESY COPY BY FIRST CLASS MAIL

Honorable Nina Gershon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Federal National Mortgage Assoc. v. Olympia Mortgage Corp., et al.,
           No. 04-CV-4971-NG-MDG (E.D.N.Y.)

Your Honor:

      I represent Defendant Olympia Mortgage Corporation ("Olympia") and its Court-appointed Receiver Karen Kincaid Balmer in this matter.

      At the last conference in this matter, Your Honor noted that Defendant Jasmine Lakes Properties Corp. is unrepresented and will be in default if it fails to retain counsel. Your Honor further indicated that it would be necessary for Your Honor to give notice to Jasmine Lakes prior to entering a default judgment.

      Florida's public records indicate that Barry Goldstein continues to be listed as an officer of Jasmine lakes and that the mailing address for Jasmine Lakes is the home of Mr. Goldstein: 10 Beechwood Drive, Lawrence New York 11559. Therefore, it would seem appropriate to serve notice upon Mr. Goldstein.

      Respectfully submitted,

      */s/ Eric Grannis*

      Eric Grannis

Copy: all counsel of record (via ECF)
      Barry Goldstein (via email and first class mail)