UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                Plaintiff,

- against -

OLYMPIA MORTGAGE CORPORATION,
et al.,

                Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 7 - 2012 ★
BROOKLYN OFFICE

ORDER

No. 04-cv-4971 (NG) (MDG)

**GERSHON, United States District Judge:**

The court is responding to an inquiry made regarding an entry of final judgment against Leib Pinter in favor of Fannie Mae.

To clarify, the undersigned never signed a judgment nor directed the clerk to enter any judgment in this case. Although the Clerk of Court purported to enter a final judgment based upon this court's grant of summary judgment in favor of Fannie Mae on August 6, 2010 (ECF No. 589), that document (which had been docketed as ECF No. 591) was removed from the docket at my direction and is a nullity. The parties shall disregard any hard copies of this document that they may have in their possession.

SO ORDERED.

s/NG

_____
NINA GERSHON
United States District Judge

Dated: September 6, 2012
       Brooklyn, New York