UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff<br>v.<br><br>OLYMPIA MORTGAGE CORPORATION et al<br><br>Defendants | Case No. 04-CV-4971 |
| OLYMPIA MORTGAGE CORPORATION, et al<br><br>Plaintiff,<br>v.<br><br>LEIB PINTER, ET AL<br><br>Defendants | **SATISFACTION OF JUDGMENT AS AGAINST DEFENDANTS YOSSIE PINTER, CHAIM TAUB, MOISHE PINTER AND ZVI PINTER ONLY** |

**WHEREAS** Judgment was entered in the above entitled action in favor of Olympia Mortgage Corporation and against Yossie Pinter, Chaim Taub, Moishe Pinter a/k/a Moshe Pinter, and Zvi Pinter on June 21, 2013, by the record thereof under case number 04-CV-4971;

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record, this satisfaction of Judgment against defendants Yossie Pinter, Chaim Taub, Moishe Pinter a/k/a Moshe Pinter, and Zvi Pinter only.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: June 22, 2023

[signature]
Attorney for Plaintiff